JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VAGUE SHAGENOVICH
TERGALSTANYAN, a/k/a "Vahe,"
a/k/a "Vic,"

             Petitioner,

         v.

WARDEN D. BIRKHOLZ,

             Respondent.

Case No. 2:25-cv-02859-HDV (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:    01/22/26

_____
HERNAN D. VERA
United States District Judge

1