JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VAGUE SHAGENOVICH TERGALSTANYAN, a/k/a "Vahe," a/k/a "Vic," <br><br> Petitioner, <br><br> v. <br><br> WARDEN D. BIRKHOLZ, <br><br> Respondent. | Case No. 2:25-cv-02959-HDV (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated:    01/22/26

_____
HERNAN D. VERA
United States District Judge

1